FILED
5/6/2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CO_____
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff<br><br>v<br><br>**CARL DAVID INNMON**<br>Defendant | **AU:25-CR-00255-RP**<br><br><u>INDICTMENT</u><br><br>[Ct. 1: 18 U.S.C. §§ 2252A(a)(2) & (b)(1) – Receipt of Child Pornography]<br>Ct. 2: 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) – Possession of Child Pornography] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
<u>Receipt of Child Pornography</u>
[18 U.S.C. § 2252A(a)(2) &(b)(1)]

Beginning at least as early as December 29, 2024, and continuing until on or about March 11, 2025, in the Western District of Texas and elsewhere, Defendant,

**CARL DAVID INNMON,**

did knowingly receive child pornography, as defined in Title 18, U.S.C. § 2256(8), using any means and facility of interstate and foreign commerce; and child pornography that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18, U.S.C, § 2252A(a)(2) & (b)(1).

## COUNT TWO
### Possession of Child Pornography
### [18 U.S.C. § 2252A(a)(5)(B) &(b)(2)]

On or about March 11, 2025, in the Western District of Texas, Defendant,

**CARL DAVID INNMON,**

did knowingly possess material, namely, one or more computers and hard drives that contained one or more images of child pornography, as defined in Title 18, U.S.C. § 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer; and one or more images of child pornography involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18, U.S.C., §§ 2252A(a)(5)(B), 2252A(b)(2) and 2256(8)(A).

A TRUE BILL

███████████

FOREPERSON

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: *Michelle E. Fernald*
FOR: GRANT SPARKS
ASSISTANT UNITED STATES ATTORNEY